IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN BAKER,<br><br>    Petitioner,<br><br>vs.<br><br>LANCASTER COUNTY DISTRICT COURT ADULT PROBATION,<br><br>    Respondent. | 8:23CV410<br><br>**MEMORANDUM AND ORDER** |

  This matter is before the Court on its own motion. On September 18, 2023, the Clerk of the Court sent a Notice, Filing No. 2, and an order, Filing No. 3, to Plaintiff at the Lancaster County Department of Corrections, which is the address listed in his habeas petition, *see* Filing No. 1 at 1, and they were returned to this Court as undeliverable. See Filing Nos. 4 & 5. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

  IT IS THEREFORE ORDERED that:

  1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

  2. The Clerk of Court is directed to send a copy of this Order to Plaintiff at his last known address and to the following address:

    Brian Baker
    4624 Greenwood St.
    Lincoln, NE 68504.

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **November 1, 2023**: check for address.

Dated this 2nd day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge