IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRIAN BAKER,<br><br>          Petitioner,<br><br>vs.<br><br>LANCASTER COUNTY DISTRICT COURT ADULT PROBATION,<br><br>          Respondent. | 8:23CV410<br><br>**MEMORANDUM AND ORDER** |

    This matter is before the Court on correspondence from Petitioner, which the Court has docketed as a Motion for Extension of Time. Filing No. 11. On October 17, 2023, the Court directed Petitioner to pay the $5.00 fee or submit a request for leave to proceed in forma pauperis by November 16, 2023. Filing No. 9. In his Motion for Extension of Time, Petitioner represents that he does not currently have the $5.00 to pay the filing fee, but he will send the $5.00 payment after he gets paid on the "3rd of the month." Filing No. 11. Liberally construed, Petitioner seeks additional time to pay the $5.00 filing fee. On November 6, 2023, the Court received Petitioner's $5.00 filing fee payment. Accordingly,

    IT IS ORDERED that:

    1. Petitioner's correspondence, construed as a Motion for Extension of Time, Filing No. 11, is denied as moot. The Court has received Petitioner's filing fee payment.

    2. Petitioner is advised that the next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 9th day of November, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge